UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.  07-MJ-01202

CARLOS PENA ONTIVEROS,

Defendant

## MOTION TO ADMIT COUNSEL PRO HAC VICE

TO THE HONORABLE MICHAEL H. DOLINGER:

In accordance with Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Patrick Michael De Charles, II, a member in good standing of the bar of this Court, hereby move for an Order allowing admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Cristobal M. Galindo |
| Firm Name: | Cristobal M. Galindo, P.C. |
| Address: | 2714 Louisiana, Suite 2714 |
| City/State/Zip: | Houston, Texas 77006 |
| Phone Number: | (713) 228-3030 |
| Fax Number: | (713) 228-3003 |
| Email Address: | cmg@galindolaw.com |

Cristobal M. Galindo is a member in good standing of the State Bar of Texas and is admitted to practice before the United States District Court for Southern District of Texas and is in good standing. There are no pending disciplinary proceedings against Cristobal M. Galindo in any State or Federal Court. Attached to this motion are Certificates of Good Standing for United States District Court for Southern District of Texas and the State Bar of Texas.

Respectfully submitted,

PATRICK MICHAEL DE CHARLES, II
Attorney at Law
SDNY Bar Code: PMD9984
61 Broadway, Suite 3000
New York, New York 10006-2802
Telephone: (212) 344-7042
Fax: (212) 344-7285

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the Defendant CARLOS PENA ONTIVEROS's Motion to Admit Counsel Pro Hac Vice was faxed to Brendan Robert McQuire, Assistant United States Attorney, SDNY, One Andrew's Plaza, New York, New York, 10007, Telephone: (212) 637-2220, Fax: (212) 637-2387 on the 17th day of August, 2007.

CRISTOBAL M. GALINDO

WHEREFORE it is respectfully requested that the motion to admit Cristobal M. Galindo, , pro hac vice, to represent CARLOS PENA ONTIVEROS, Defendant in the above captioned matter, be granted.

Dated: August 17, 2007
City, State: New York, New York

Respectfully submitted,

*[signature]*

PATRICK MICHAEL DE CHARLES, IV
Attorney at Law
SDNY Bar Code: PMD9984
412 Main Street, Suite 1150
Houston, Texas 77002
Telephone: (713) 222-7788
Fax: (713) 222-0260

SIGNED under oath before me on August 17, 2007.

*[signature]*

Notary Public, State of New York

LIONEL A. MARKS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 24-2540300
QUALIFIED IN NY COUNTY
COMMISSION EXPIRES 1/31/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                              07-MJ-01202

CARLOS PENA ONTIVEROS,

      Defendant

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Patrick Michael De Charles, II, sponsoring attorney and said sponsoring attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Cristobal M. Galindo |
| Firm Name: | Cristobal M. Galindo, P.C. |
| Address: | 2714 Louisiana, Suite 2714 |
| City/State/Zip: | Houston, Texas 77006 |
| Phone Number: | (713) 228-3030 |
| Fax Number: | (713) 228-3003 |
| Email Address: | cmg@galindolaw.com |

is admitted to practice pro hac vice as counsel for CARLOS PENA ONTIVEROS in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Date:      August ____, 2007
City, State:  New York, New York

                                                                                   8/17/07
                                                 United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                                                          07-MJ-01202

CARLOS PENA ONTIVEROS,

    Defendant

### AFFIDAVIT OF PATRICK MICHAEL DE CHARLES, II IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

STATE OF NEW YORK     §
                                    §
COUNTY OF NEW YORK  §

Patrick Michael De Charles, II, being duly sworn, hereby deposes and says as follows:

1. I am a Partner with the Cichanowicz, Callan, Keane, Vengrow & Textor, LLP. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Cristobal M. Galindo as counsel pro hac vice to represent the Defendant in this matter.

2. I am a member in good standing of the bars of the States of New York, New Jersey, and Texas, and was admitted to practice law in May 4, 1990. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Cristobal M Galindo since _17 August 2007_.

4. Mr. Galindo is in private practice in Houston, Texas.

5. I have found Mr. Galindo to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Cristobal M. Galindo, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Cristobal M. Galindo, pro hac vice, which is attached hereto as Exhibit A.

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
SOUTHERN DISTRICT OF TEXAS §
 §

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **Cristobal M. Galindo**, Federal ID No. 25652, was duly admitted to practice in said Court on **August 18, 2000** and is in good standing as a member of the bar of said Court.

Dated  July 31, 2007  at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _____
Patricia Ann Williams
Deputy Clerk



# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

August 8, 2007

Re:   Cristobal Miguel Galindo, State Bar Number 24026128

To Whom It May Concern:

This is to certify that Mr. Cristobal Miguel Galindo was licensed to practice law in Texas on June 29, 2000, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Galindo's law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/ss



| ORIGINAL-WHITE | DUPLICATE-YELLOW | TRIPLICATE-PINK |

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
SOUTHERN DISTRICT OF NEW YORK

at _____   E 624262

RECEIVED FROM  Cristobal Galindo

07-MJ-1208
90CR 72390 Pro Hac Vice

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| 508800 | General and Special Funds | INVOICE #80676 |
| 085000 | Immigration Fees | DATE/TIME: 8/17/2007 2:34:37 PM |
| 086900 | Attorney Admission Fees | CASHIER: GUS #7 |
| 322340 | Filing Fees | STATION: 01 |
| 322350 | Sale of Publications | |
| 322360 | Copy Fees | 1  PRO HAC |
| 143500 | Miscellaneous Fees | 6855XX    $25. |
| 322380 | Interest | |
| 322386 | Recoveries of Court Costs | |
| 121000 | Restitution to U.S. Government | |
| 129900 | Conscience Fund | |
| 504100 | Gifts | |
| 613300 | Crime Victims Fund | |
| 510000 | Unclaimed Monies | |
| 510100 | Civil Filing Fee (½) | |
| | Registry Fee | GRAND TOTAL |
| | | $25.00 |

$25.00

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE: _____ 20 ___   | Cash | Check | M.O. | Credit |

DEPUTY CLERK: