

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

## MEMORANDUM ENDORSED
September 4, 2007

Via Fax: 212.805.6321

The Honorable Shirley Wohl Kram
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
SEP 0 5 2007
JUDGE S. W. KRAM
CHAMBERS

Re: *United States v. Carlos Pena Ontiveros, et al.*
07 Cr. (SWK)

Dear Judge Kram:

By letter dated August 28, 2007, the Government requested that time be excluded under the Speedy Trial Act until September 7, 2007, in the above-captioned case. The Government indicated that, while counsel for defendant Ontiveros had indicated there was no objection to the Government's request, the Government had not heard back from counsel for defendant Beltran. Subsequent to the Government's letter, the Government received a letter from counsel for defendant Beltran indicating that there was no objection to the Government's request.

*In the interests of justice, time under the Speedy Trial Act is excluded until September 7, 2007.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Brendan R. McGuire
Brendan R. McGuire
Assistant United States Attorney
212.637.2220

cc: Cristobal Galindo, Esq. (via fax; w/ encl.)
    Counsel for defendant Ontiveros

    Carlos A. Garcia, Esq. (via fax; w/ encl.)
    Counsel for defendant Beltran

SO ORDERED
/s/ Shirley Wohl Kram
JUDGE SHIRLEY WOHL KRAM
U.S.D.J.

Dated: September 5, 2007
New York, NY

-1-

COPIES MAILED

TOTAL P.02