USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

CARLOS PENA ONTIVEROS AND SILVESTRE RICO BELTRAN,

                Defendants.

No. 07 Cr. 804 (RJS)

ORDER

---

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the defendants' time to file and serve motions is extended to November 2, 2007. The government's time to respond is extended to November 16, 2007. The conference scheduled for Thursday, November 29, 2007 shall proceed as scheduled.

    The parties are advised that, in the event counsel for the defendants cannot procure a signed affidavit from the defendants before November 2, 2007, unsigned affidavits will suffice until signatures can be obtained.

SO ORDERED.

Dated:    October 29, 2007
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE