UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



───────────────────────────────

UNITED STATES OF AMERICA,

          Plaintiff,

  -v-

CARLOS PENA ONTIVEROS AND SILVESTRE
RICO BELTRAN,

          Defendants.

No. 07 Cr. 804 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the parties appear before the Court for an evidentiary hearing on the defendants' suppression motions on Monday, December 3, 2007 at 9:30 a.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    November 27, 2007
          New York, New York

                              RICHARD J. SULLIVAN
                              UNITED STATES DISTRICT JUDGE