UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

-v-

CARLOS PENA ONTIVEROS AND SILVESTRE RICO BELTRAN,

        Defendants.

No. 07 Cr. 804 (RJS)

ORDER

---

RICHARD J. SULLIVAN, District Judge:

    At the hearing held on December 3, 2007, the Court adopted the following schedule:

> Oral argument on the suppression motions shall be held on Monday, January 14, 2008 at 3:00 p.m.
>
> The parties' respective submissions, including any briefing on the standing issue, shall be filed not later than January 4, 2008.

SO ORDERED.

Dated:   December 4, 2007
          New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE