USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

CARLOS PENA ONTIVEROS AND SILVESTRE
RICO BELTRAN,

                Defendants.

No. 07 Cr. 804 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that the conference at which the Court will hear oral arguments on the pending motions is adjourned to Thursday, February 7, 2008 at 2:30 p.m. The conference shall take place in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York. The parties' respective submissions shall be filed with the Court not later than Friday, January 18, 2008.

The Clerk of the Court is directed to terminate the motion located at Document No. 28.

SO ORDERED.

Dated:    December 19, 2007
            New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE