| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **ECF CASE** |
| UNITED STATES OF AMERICA )<br> )<br>  v. )<br> )<br>CARLOS PENA ONTIVEROS, and )<br>SILVESTRE RICO BELTRAN, )<br> )<br>  Defendants. ) | **NOTICE OF APPEARANCE AND REQUEST<br>FOR ELECTRONIC NOTIFICATION**<br>**07 Cr. 804 (RJS)** |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                        Southern District of New York


                              By:   /s/
                                        Michael Q. English
                                        Assistant United States Attorney
                                        (212) 637-2594
                                        Michael.English@usdoj.gov


TO:  Carlos A. Garcia, Esq.
     Cristobal M. Galindo, Esq.