UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08
```

UNITED STATES OF AMERICA,

        Plaintiff,

-v-

CARLOS PENA ONTIVEROS AND SILVESTRE RICO BELTRAN,

        Defendants.

No. 07 Cr. 804 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Clerk of the Court is directed to accept for docketing the documents attached hereto as Exhibit 1 and Exhibit 2, which were provided to the Court by counsel for the defendants at the evidentiary hearing held on December 3, 2007.

    Exhibit 1 is the notarized affidavit of defendant Carlos Pena Ontiveros, and replaces the unsigned affidavit previously submitted by the defendant as part of the motion papers docketed at Document #22.

    Exhibit 2 is the notarized affidavit of defendant Silvestre Rico Beltran, and replaces the unsigned affidavit previously submitted by the defendant as part of the motion papers docketed at Document #23.

SO ORDERED.

Dated:    February 8, 2008
             New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE