UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08
```

UNITED STATES OF AMERICA,

-v-

CARLOS PENA ONTIVEROS
SILVESTRE RICO BELTRAN
               Defendants.

Case No. 07 CR 804 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

     IT IS HEREBY ORDERED that all parties appear with counsel for a conference on **March 12, 2008 at 4:30pm** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21C.

     The Clerk of the Court shall terminate documents #37 & 38, docketed as "Motion to Continue" and "Amended motion to continue".

SO ORDERED.

Dated:     February 21, 2008
                New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE