UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

CARLOS PENA ONTIVEROS
SILVESTRE RICO BELTRAN
　　　　　　　　　　Defendants.

---

Case No. 07 CR 804 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

　　　　IT IS HEREBY ORDERED that all parties appear with counsel for a conference on **April 18, 2008 at 10:45am** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21C. Because the previously scheduled conference in this matter was adjourned at the request of defense counsel so as to accommodate defense counsel's schedule, the time between today and April 18, 2008 is excluded pursuant to 18 USC 3161(h)(8)(A) in the interest of justice.

SO ORDERED.

Dated:　　March 26, 2008
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08
```