

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 27, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08
```

BY HAND

Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street - Room 615
New York, New York 10007

    Re:    United States v. Carlos Pena Ontiveros and Silvestre Rico Beltran
            07 Cr. 804 (RJS)

Dear Judge Sullivan:

      At the pre-trial conference on May 21, 2008, the Court directed the Government to submit an affidavit from Special Agent Michael Alfonso by May 28, 2008, in connection with the Government's motion for reconsideration. Subsequent to the conference, the Government learned that Special Agent Alfonso would be out of the office on vacation from May 23, 2008 until on or about June 2, 2008. Accordingly, the Government respectfully requests an extension of two weeks, from May 28, 2008 until June 11, 2008, to submit the affidavit of Special Agent Alfonso. Counsel for the defendants, Cristobal Galindo, Esq. and Carlos Garcia, Esq., have both indicated that they do not object to the Government's request.

                                    Respectfully submitted,

                                      MICHAEL J. GARCIA
                                    United States Attorney

                         By: _____
                            Brendan R. McGuire
                            Michael Q. English
                            Assistant United States Attorneys
                            (212) 637-2220/2594

SO ORDERED
Dated: 5/29/08
RICHARD J. SULLIVAN
U.S.D.J.